**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Reynaldo QUIROZ–ESCOBEDO,**
**Defendant–Appellant.**

**No. 03–40888**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Reynaldo Quiroz–Escobedo appeals his guilty plea conviction for importation of more than 50 grams of methamphetamine. Quiroz–Escobedo argues that 21 U.S.C. §§ 952 and 960 were rendered facially unconstitutional by *Apprendi v. New Jersey*, 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Quiroz–Escobedo concedes that his argument is foreclosed by our opinion in *United States v. Slaughter*, 238 F.3d 580, 581–82 (5th Cir.2000), which rejected a broad *Apprendi*-based attack on the constitutionality of 21 U.S.C. § 841. He raises the issue only to preserve it for Supreme Court review.

A panel of this court cannot overrule a prior panel's decision in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.